**Albert N. Kennedy**, OSB No. 821429
   Direct Dial: (503) 802-2013
   Facsimile: (503) 972-3713
   E-Mail: al.kennedy@tonkon.com
**Ava L. Schoen,** OSB No. 044072
   Direct Dial: (503) 802-2143
   Facsimile: (503) 972-3843
   E-Mail: ava.schoen@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

    Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Davis Properties, LLC,<br><br>    Debtor. | Case No. 18-34413-tmb11<br><br>**DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE** |

    Davis Properties, LLC ("Debtor"), hereby moves this Court for an order dismissing this Chapter 11 case. In support of the motion, Debtor states:

    1.    On December 19, 2018 ("Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

    2.    Debtor has continued in possession of its property and is continuing to operate and manage its business as debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

    3.    The statutory predicates for the relief requested by this motion are 11 U.S.C. § 1112(b) and Fed. R. Bankr. P. 1017(f).

/ / /

/ / /

**Page 1 of 3** – DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE

1      4.    The court has jurisdiction over this contested matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding as defined by 28 U.S.C. §§ 157(b)(2)(A).

5.    Pursuant to 11 U.S.C. §§ 1109(b) and 1112(b), Debtor has standing to bring this motion.

6.    Debtor owned real property located at 461 NE 3rd Avenue, Canby, OR (the "Property"), which Property was Debtor's sole material asset.

7.    Pursuant to the Order Granting Debtor's Motion for Order Approving Sale of Debtor's Assets Free and Clear of Liens, Claims, and Encumbrances [ECF No. 75], Debtor sold the Property effective October 16, 2019 (the "Sale").

8.    As a result of the Sale, (i) all of Debtor's secured and unsecured creditors were paid in full, (ii) Debtor's real estate brokers were paid their commissions in full, (iii) Debtor's quarterly US Trustee fees owing through the date of the Sale were paid in full, and (iii) all of Debtor's administrative expense holders were paid in full.[1]

9.    In light of the facts as set forth above, this Chapter 11 case should be dismissed pursuant to 11 U.S.C. § 1112(b) for cause because (i) all creditors and administrative expenses have been paid in full and (ii) there is nothing to reorganize.

10.    The exceptions set forth in 11 U.S.C. §§ 1112(b)(1) and (2) are inapplicable.

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Debtor has contemporaneously filed an application for final professional compensation.

**Page 2 of 3** – DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE

Wherefore, Debtor respectfully requests that the Court enter an order dismissing this Chapter 11 case.

DATED: October 18, 2019.

TONKON TORP LLP

By */s/ Ava L. Schoen*
Albert N. Kennedy, OSB No. 821429
Ava L. Schoen, OSB No. 044072
Attorneys for Debtor

**Page 3 of 3** – DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE** on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

In addition, I served the foregoing on the parties below by mailing copies thereof in sealed, first-class postage prepaid envelopes, addressed to the parties' last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

DATED this 18th day of October, 2018.

TONKON TORP LLP


By */s/ Ava L. Schoen*
    Albert N. Kennedy, OSB NO. 821429
    Ava L. Schoen, OSB No. 044072
    Attorneys for Debtor

Page 1 of 1 - CERTIFICATE OF SERVICE

# LIST OF INTERESTED PARTIES

*In re Davis Properties, LLC*
**U.S. Bankruptcy Court Case No. 18-34413-tmb11**

## ECF PARTICIPANTS

JONAS V ANDERSON     jonas.v.anderson@usdoj.gov
•JASON M AYRES     jayres@gsblaw.com, krhine@gsblaw.com
•SARAH FLYNN     sarah.flynn@usdoj.gov
•ALBERT N KENNEDY     al.kennedy@tonkon.com, leslie.hurd@tonkon.com; spencer.fisher@tonkon.com
•KATHRYN PERKINS     kathryn.e.perkins@usdoj.gov
•AVA L SCHOEN     ava.schoen@tonkon.com, leslie.hurd@tonkon.com
• US Trustee, Portland     USTPRegion18.PL.ECF@usdoj.gov

## NON-ECF PARTICIPANTS

**SECURED CREDITORS**

Clackamas County Assessor
POB 6100
Portland, OR 97228-6100

040409/00001/10451790v1